UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 10-1479 AG (Ex)** | Date | October 19, 2010 |
|---|---|---|---|
| Title | TU-UYEN PHUOC NGUYEN v. OCWEN LOAN SERVICING, LLC, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   [IN CHAMBERS] ORDER TO SHOW CAUSE RE: WHY PRELIMINARY INJUNCTION SHOULD ISSUE

On September 30, 2010, Defendants Ocwen Loan Servicing LLC, et al. ("Defendants") removed this case from Orange County Superior Court. Plaintiff Tu-Uyen Phuoc Nguyen ("Plaintiff") had filed suit regarding the impending foreclosure of her real property in Orange County. The Superior Court issued a Temporary Restraining Order ("TRO") attached as Exhibit A, on September 29, 2010, enjoining Defendants from taking any actions against the subject property and specifically enjoining Defendants from selling the property at a foreclosure sale. The Superior Court scheduled an Order to Show Cause hearing for October 21, 2010, regarding the issue of a preliminary injunction.

The Court extends the current TRO until November 8, 2010. The Court ORDERS Defendants to show cause why the requested preliminary injunction should not issue. Defendant must file any papers regarding this Order by October 28, and Plaintiff must file any opposition by November 1. A hearing is set on the Order to Show Cause for November 8, 2010 at 10:00 a.m.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 10-1479 AG (Ex)** | Date | October 19, 2010 |
|---|---|---|---|
| Title | TU-UYEN PHUOC NGUYEN v. OCWEN LOAN SERVICING, LLC, et al. | | |

| | : | 0 |
|---|---|---|
| Initials of Preparer | | lmb |

Brian P. Ballo, Esq. #134892
Law Office of Brian P. Ballo
4500 Campus Dr., Suite 410
Newport Beach, CA 92660
p: (949) 690-4100 f: (949) 315-3100
ballolaw@gmail.com

Attorney for Plaintiff
Tu-Uyen Phuoc Nguyen

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

SEP 29 2010

ALAN CARLSON, Clerk of the Court
BY K. BLAIR

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

TU-UYEN PHUOC NGUYEN, an individual,

Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC, a Florida Limited Liability Company, authorized to do business in California; HSBC BANK USA, NATIONAL ASSOCIATION, a Virginia corporation, authorized to do business in California; ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, an unknown entity; WESTERN PROGRESSIVE, LLC, a Delaware corporation, authorized to do business in California; and, Does 1 through 10,

Defendants.

CASE NO. 30-2010-00410829

[PROPOSED]

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

DATE: September 29, 2010
TIME: 1:30 p.m
DEPT.: C-15

Judge Francisco Firmat

Complaint filed: September 23, 2010

On September 29, 2010, Plaintiff's Ex Parte Motion for Temporary Restraining Order came on as an ex parte noticed hearing. Plaintiff was represented by Brian P. Ballo, Esq.; Defendant Ocwen Bank, N.A. ("Ocwen") was represented by

-12-
Plaintiff's Motion for TRO (Nguyen v. Ocwen, et. al.)

EXHIBIT A
PAGE 24 OF 25

1     The Court, have considering all paperwork filed in support and in opposition to
2     Plaintiff's Ex Parte Motion, and having heard counsels' oral arguments both in support
3     and in opposition to Plaintiff's Motion, and finding good cause therefore,
4     THE COURT FINDS that Defendants Ocwen and Western Progressive, LLC, did
5     not comply with Civil Code, Section 2912.5, by making contact with Plaintiff as required
6     by Civil Code Section 2923.5 before recording the Notice of Default on April 14, 2010.
7     IT IS HEREBY ORDERED that pursuant to *Mabry v. Superior Court* (Case No.
8     G042911, June 4, 2010) —Cal.App.4th—, 2010 WL 2180530, Ocwen and Western
9     Progressive, LLC, may not proceed with any foreclosure against the property located at
10    9771 Swallow Lane, Garden Grove, California, 92841, unless and until Defendants first
11    (1) demonstrate they contacted Tu-Uyen Phuoc Nguyen to assess her financial
12    condition and foreclosure options, or through the exercise of due diligence could not
13    contact her, and (2) record a new Notice of Default.
14    IT IS HEREBY ORDERED that Defendants Ocwen and Western Progressive,
15    LLC, are hereby enjoined from taking any further actions in connection with the
16    foreclosure proceeding pending against the property located at 4633 East Walnut
17    Avenue, Orange, CA 92869, including specifically from selling the property at the
18    foreclosure scheduled for October 4, 2010.
19    IT IS FURTHER ORDERED that on __10/21__
20    __3:00/M__, an Order to Show Cause hearing will be held on Plaintiff's Motion for , 2010, at
21    Preliminary Injunction, enjoining any foreclosure proceeding and any Trustee's Sale
22    from occurring with respect to the property located at 4633 East Walnut Avenue,
23    Orange, CA 92869, pending a final resolution of this action. Defendants' opposition
24    shall be filed and served by __10/12__, 2010, and Plaintiff's reply shall be
25    filed and served by __10/14__, 2010. *Moving papers served by Oct. 1*
26    JUDGE FRANCISCO F. FIRMAT
27    Dated: September 29, 2010
28    _____
           The Honorable Franciso Firmat
           JUDGE OF THE SUPERIOR COURT

-13-
Plaintiff's Motion for TRO (Nguyen v. Ocwen, et. al.)

EXHIBIT A
PAGE 25 OF 25