JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1479 AG (Ex) | Date | January 20, 2011 |
|---|---|---|---|
| Title | TU-UYEN PHUOC NGUYEN v. OCWEN LOAN SERVICING, LLC, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**     **[IN CHAMBERS] ORDER DISMISSING CASE**

On November 8, 2010, the Court dismissed two of the claims in Plaintiff's First Amended Complaint, leaving only the claims for Violation of Civil Code § 2923.5 and declaratory relief.  On December 29, 2010, the Court ordered Plaintiff to file a Second Amended Complaint within 10 days.  Both Parties stipulated to this order.  Plaintiff did not file a Second Amended Complaint.

Therefore the Court DISMISSES this case.  Accordingly, the scheduling conference currently set for January 24, 2011, is VACATED.

          :   0

Initials of Preparer     lmb